**Abdu–Salim GOULD, Plaintiff–Appellant,**

v.

**BERTIE COUNTY; Norma Wessen; Ronald Roberson; Wayne Goodwin, Commissioner, Defendants–Appellees.**

No. 16–6020

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Abdu–Salim Gould, Appellant Pro Se.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdu–Salim Gould appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gould v. Bertie Cnty., No. 5:15–ct–03066–F (E.D.N.C. Dec. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED